IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ASCENTIUM CAPITAL LLC,
a Delaware limited liability company                                                           PLAINTIFF

v.                                       Case No. 1:21-cv-1062

SAMBO'S LOGGING, INC., an
Arkansas corporation, and RONNIE
LEE SMITH, and individual                                                                     DEFENDANTS

**ORDER**

On January 13, 2023, the Court acknowledged, pursuant to 11 U.S.C. § 362(a), the automatic stay of all claims in this case against Defendant Ronnie Lee Smith because he had filed Chapter 7 bankruptcy. ECF No. 25. The Court stated that all claims against Defendant Sambo's Logging, Inc. shall proceed. After further review, the Court notes that the parties also asked for the claims against Sambo's Logging, Inc. to be stayed to "conserve judicial resources, avoid unnecessary costs, and assist the parties in determining whether a speedy and inexpensive determination of this case may be possible." ECF No. 17, ¶ 5. The parties believe that once the underlying bankruptcy case involving Ronnie Lee Smith is resolved, they will be able to explore whether settlement of Plaintiff Ascentium Capital LLC's claims against Sambo's Logging, Inc. is feasible. ECF No. 17, ¶ 6. Upon consideration, the Court finds that judicial economy weighs in favor of granting the requested stay as to all claims against Sambo's Logging, Inc. Accordingly, this case is hereby **STAYED** and **ADMINISTRATIVELY TERMINATED** pending the resolution of Ronnie Lee Smith's bankruptcy petition. Within thirty (30) days of the bankruptcy petition being resolved, Ascentium Capital LLC shall file a motion to lift the stay and reopen this case if it plans to proceed with its claims against Sambo's Logging, Inc. or Ronnie Lee Smith in this Court.

The Court notes that, should this case be reopened, Sambo's Logging, Inc. must be

represented by an attorney. Corporations may not appear pro se in federal court. *Rowland v. Cal. Men's Colony*, 506 U.S. 194, 203 (1993). The Court warns Sambo's Logging, Inc. that a failure to obtain counsel could result in the entry of a default against it should this case be reopened.

**IT IS SO ORDERED**, this 25th day of January, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge
